James A. Lassart - 40913
    JLassart@mpbf.com
Nicholas Larson - 275870
    NLarson@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Telephone:     (415) 788-1900
Facsimile:     (415) 393-8087

Attorneys for Defendant
UNITED SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIDECAR TECHNOLOGIES, INC., a Delaware corporation, SIDE.CR LLC, a Delaware limited liability company, UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | JST<br>Case No.: 17-cv-00101~~-JCS~~<br><br>~~PROPOSED~~ ORDER RE CONTINUING HEARING DATE AND RELATED DEADLINES FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

- 4 -

Pursuant to the Stipulation of the parties and good cause appearing, the Court hereby Orders as follows:

1.     The MSJ hearing currently schedule for January 25, 2018, will be continued to March 1, 2018.

2.     The responses currently due on December 12, 2017, in advance of the MSJ hearing, will be due on January 16, 2018 and the replies will be due January 23, 2018

**IT IS SO ORDERED.**

Dated:  December 8, 2017

_____
Honorable Jon S. Tigar