| | |
|---|---|
| 1 | James A. Lassart - 40913 |
|   |    JLassart@mpbf.com |
| 2 | Nicholas Larson - 275870 |
|   |    NLarson@mpbf.com |
| 3 | MURPHY, PEARSON, BRADLEY & FEENEY |
|   | 88 Kearny Street, 10th Floor |
| 4 | San Francisco, CA  94108-5530 |
|   | Telephone:   (415) 788-1900 |
| 5 | Facsimile:   (415) 393-8087 |
| 6 | Attorneys for Defendant |
|   | UNITED SPECIALTY INSURANCE COMPANY |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, an Arizona corporation, | JST<br>Case No.: 17-cv-00101-~~JCS~~ |
| Plaintiff, | **~~PROPOSED~~ ORDER RE CONTINUING HEARING DATE AND RELATED DEADLINES FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| SIDECAR TECHNOLOGIES, INC., a Delaware corporation, SIDE.CR LLC, a Delaware limited liability company, UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

- 4 -

STIPULATION                                                          CASE NO.
                                                                                                17-CV-00101-JCS

Pursuant to the Stipulation of the parties and good cause appearing, the Court hereby Orders as follows:

1. The MSJ hearing currently schedule for March 1, 2018, will be continued to ~~April 19~~ May 3, 2018.

2. The responses currently due on January 16, 2018, in advance of the MSJ hearing, will be due on April 5, 2018 and the replies will be due April 12, 2018.

**IT IS SO ORDERED.**

Dated: January 18, 2018

Honorable Jon S. Tigar

IT IS FURTHER ORDERED that the pretrial and trial dates are continued as follows:
Deadline to file pretrial conference statement: June 5, 2018
Pretrial conference: June 15, 2018
Trial: July 9, 2018