1 | James A. Lassart - 40913
    JLassart@mpbf.com
2 | Nicholas Larson - 275870
    NLarson@mpbf.com
3 | MURPHY, PEARSON, BRADLEY & FEENEY
  | 88 Kearny Street, 10th Floor
4 | San Francisco, CA 94108-5530
  | Telephone:  (415) 788-1900
5 | Facsimile:  (415) 393-8087

6 | Attorneys for Defendant
  | UNITED SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, an Arizona corporation, | Case No.: 17-cv-00101-~~JCS~~'LUV |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER** |
| v. | |
| SIDECAR TECHNOLOGIES, INC., a Delaware corporation, SIDE.CR LLC, a Delaware limited liability company, UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

WHEREAS, Plaintiff NAUTILUS INSURANCE COMPANY, an Arizona corporation, ("Nautilus") filed its Complaint for Declaratory Relief, Reimbursement, Equitable Indemnity and Equitable Subrogation, on January 9, 2017;

WHEREAS, Cross-Complainant UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation, ("United") filed its Cross Claim for Declaratory Relief against Cross-Defendants Side.cr, LLC and Sidecar Technologies, Inc. (collectively "Sidecar") on April 20, 2017;

WHEREAS, United and Sidecar settled this matter on or about April 3, 2018 and each party agreed to cover their own fees and costs;

THEREFORE, IT IS HEREBY STIPULATED by and between United and Sidecar through their designated counsel that the above-captioned action should be dismissed with prejudice as to all parties pursuant to FRCP 41(a)(2).

IT IS SO STIPULATED.

Dated: April 10, 2018

GORDON-CREED, KELLEY, HOLL & SUGERMAN, LLP

By: /s/ JEREMY SUGERMAN
    Jeremy Sugerman
    Attorneys for Cross-Defendants
    Side.cr, LLC, and Sidecar Technologies, Inc.

Dated: April 10, 2018

MURPHY PEARSON BRADLEY & FEENEY

By: /s/ JAMES A. LASSART
    James A. Lassart
    Nicholas C. Larson
    Attorneys for Defendant
    United Specialty Insurance Company

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**      CASE NO. 17-CV-00101-~~JCS~~ LUV

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against cross-defendants pursuant to FRCP 41(a)(2).

2. Each party shall bear their own costs and attorneys' fees.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the April 3, 2018, Settlement Agreement.

IT IS SO ORDERED.

Dated: April 10, 2018

Honorable Jon S. Tigar
United States ~~Magistrate~~ District Judge
Northern District of California

- 3 -
**STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER**

CASE NO.
17-CV-00101-~~JCS~~ JST