1  James A. Lassart - 40913
       JLassart@mpbf.com
2  Nicholas Larson - 275870
       NLarson@mpbf.com
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA  94108-5530
   Telephone:    (415) 788-1900
5  Facsimile:    (415) 393-8087

6  Attorneys for Defendant and Counter-Claimant
   UNITED SPECIALTY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, an Arizona corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>SIDECAR TECHNOLOGIES, INC., a Delaware corporation, SIDE.CR LLC, a Delaware limited liability company, UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>          Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: 17-cv-00101-~~JCS~~ JST<br><br>**STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER** |

WHEREAS, Plaintiff NAUTILUS INSURANCE COMPANY, an Arizona corporation, ("Nautilus") filed its Complaint for Declaratory Relief, Reimbursement, Equitable Indemnity and Equitable Subrogation, on January 9, 2017;

WHEREAS, Defendant UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation, ("United") filed a counterclaim against Nautilus for Declaratory Relief and damages, on April 20, 2017.

WHEREAS, Nautilus and United settled this matter on or about April 3, 2018 and each party agreed to cover their own fees and costs;

THEREFORE, IT IS HEREBY STIPULATED by and between Nautilus and United through their designated counsel that the above-captioned action should be dismissed with prejudice as to all parties pursuant to FRCP 41(a)(2).

IT IS SO STIPULATED.

Dated: April 10, 2018

SELMAN BREITMAN LLP

By: /s/ NATHANIEL BRAUN
    Nathaniel Braun
    Attorneys for Plaintiff and Counter-Defendant
    Nautilus Insurance Company

Dated: April 10, 2018

MURPHY PEARSON BRADLEY & FEENEY

By: /s/ JAMES A. LASSART
    James A. Lassart
    Nicholas C. Larson
    Attorneys for Defendant and Counter-Claimant
    United Specialty Insurance Company

- 2 -
**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**
CASE NO.
17-CV-00101-~~JCS~~ JST

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against Defendant and Cross-Defendant pursuant to FRCP 41(a)(2).

2. Each party shall bear their own costs and attorneys' fees.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the April 3, 2018, Settlement Agreement.

IT IS SO ORDERED.

Dated: April 10, 2018

Honorable Jon S. Tigar
United States ~~Magistrate~~ District Judge
Northern District of California